Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

*Attorneys for Defendant*
*First American Title Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUE DUDZINSKI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>    Defendant. | Case No: 2:18-cv-01233-GMN-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME (FIRST REQUEST)** |

    Plaintiff Sue Dudzinski ("Dudzinski") and defendant First American Title Insurance Company ("First American"), stipulate to an extension of time from July 26, 2018 to July 31, 2018 for First American to file its response to plaintiff's Amended Complaint. This extension

///

///

///

///

///

///

///

is not sought for delay.  This extension is a first request.

Dated this 25th day of July, 2018.

| MCDONALD CARANO LLP | REMPFER MOTT LUNDY, PLLC |
|---|---|
| /s/ Pat Lundvall<br>Pat Lundvall (NSBN 3761)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com | /s/ Scott E. Lundy<br>Joseph N. Mott (NSBN 12455)<br>Scott E. Lundy (NSBN 14235)<br>10091 Park Run Dr., Suite 200<br>Las Vegas, Nevada 89145-8868<br>Telephone: (702) 825-5303<br>Joey@rmllegal.com<br>Scott@rmllegal.com |
| *Attorneys for Defendant*<br>*First American Title Insurance Company* | *Attorneys for Plaintiff*<br>*Sue Dudzinski* |

It is SO ORDERED this 25th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano, and that on the 25th day of July, 2018, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME (FIRST REQUEST) was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Beau Nelson
An employee of McDonald Carano LLP