UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SUE DUDZINSKI,

                                    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE
COMPANY,

                                    Defendant.

Case No. 2:18-cv-01233-GMN-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated
Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on
May 3, 2018 and the Amended Complaint was filed on June 27, 2018, in the Eighth Judicial
District Court. Defendant filed a Petition for Removal (ECF No. 1) on July 5, 2018 and
subsequently filed its Answer (ECF No. 8) on July 31, 2018. Pursuant to LR 26-1, the parties
were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within thirty (30) days
after the first defendant answered or otherwise appeared, and fourteen (14) days thereafter to file
a mandatory stipulated discovery plan and scheduling order. To date, the parties have not
complied. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the parties shall file a Stipulated Discovery Plan and Scheduling Order no later than **October 8, 2018** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the district of Nevada.

Dated this 27th day of September, 2018.

_George Foley Jr._
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE